United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Louis Vuitton Malletier, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 21-62101-Civ-Scola |
| cheaplouisvuittonoutlet.com and others, Defendants. | ) |

## Order Adopting the Magistrate Judge's Report And Recommendation as the Court's Final Default Judgment

Because neither party has objected to Magistrate Judge Lurana Snow's Report (**ECF No. 36**) and the time to do so has passed, the Court **adopts** the Report in full. A district court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases). Finding no plain error with the report, the Court **adopts it in full** as the Court's **final default judgment** in this matter.

Any pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on April 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge